**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-20958-CMA

NIGEL DE LA TORRE PARDO

      Plaintiff,

v.

AVENTURA MALL VENTURE
and NORDSTROM, INC.,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT, AVENTURA MALL VENTURE

Pursuant to Fed. Civ. P. 41(a)(1)(A)(i), Plaintiff, NIGEL FRANK DE LA TORRE PARDO, by and through his undersigned counsel, hereby dismisses Defendant, AVENTURA MALL VENTURE *only,* with Prejudice.

Dated this April 2, 2024.

Respectfully Submitted,

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (855) 205-6904
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com;
aquezada@lawgmp.com

By*: /s/ Beverly Virues_____*
      BEVERLY VIRUES
      Florida Bar No.: 123713

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the

Court's electronic filing system upon all parties of record on April 2, 2024.

Respectfully Submitted,

**GARCIA-MENOCAL, P.L.**

*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (855) 205-6904
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com;
aquezada@lawgmp.com

By*: /s/ Beverly Virues*
 BEVERLY VIRUES