**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-20958-CMA

NIGEL FRANK DE LA TORRE PARDO,

       Plaintiff,

v.

NORDSTROM, INC.,

       Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL DE LA TORRE PARDO, and Defendant, NORDSTROM, INC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than fourteen (14) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this June 6, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | */s/ Nelson C. Bellido* |
| BEVERLY VIRUES | NELSON C. BELLIDO |
| Florida Bar No. 123713 | Florida Bar No. 974048 |
| **GARCIA-MENOCAL, P.L.** | **ROIG LAWYERS** |
| 350 Sevilla Avenue, Suite 200 | 201 S. Biscayne Blvd., 28th Floor |
| Coral Gables, Florida 33134 | Miami, FL 33131 |
| Telephone: (305) 553- 3464 | Telephone: (305) 405-0997 |
| Email: bvirues@lawgmp.com | Email: nbellido@roiglawyers.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this June 6, 2024.

Respectfully submitted,

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail:  bvirues@lawgmp.com
Secondary  E-Mail:  amejias@lawgmp.com;
aquezada@lawgmp.com

By: ___*/s/_Beverly Virues*_____
        BEVERLY VIRUES

2