**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-20958-CMA

NIGEL FRANK DE LA TORRE PARDO,

      Plaintiff,

v.

NORDSTROM, INC.,

      Defendant.

_____/

## <u>JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE</u>

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, NORDSTROM, INC., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on June 24, 2024.

/s/ *Beverly Virues*
BEVERLY VIRUES
Florida Bar No. 123713
**GARCIA-MENOCAL, P.L.**
350 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134
Telephone: (305) 553- 3464
Email: bvirues@lawgmp.com
*Counsel for Plaintiff*

/s/ *Nelson C. Bellido*
NELSON C. BELLIDO
Florida Bar No. 974048
**ROIG LAWYERS**
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 405-0997
Email: nbellido@roiglawyers.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the

Court's electronic filing system upon all parties of record on June 24, 2024.

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail:  bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com;
aquezada@lawgmp.com

By: ___*/s/_Beverly Virues*_____
      BEVERLY VIRUES

2